UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauren Phillips, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Roblox Corporation, et al.,<br><br>Defendant(s). | Case No. 3:25-cv-10289-TSH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Carasusana Bibiana Wall, an active member in good standing of the bar of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Lauren Phillips, et al. in the above-entitled action. My local co-counsel in this case is Anya Fuchs, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 215105.

3662 Cedarcrest Road, Suite 320 Acworth GA 30101
MY ADDRESS OF RECORD

2000 Powell Street, Suite 825 Emeryville, CA 94608
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(888) 507- 4198
MY TELEPHONE # OF RECORD

(833) 853-4258
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cara@bullocklegalgroup.com
MY EMAIL ADDRESS OF RECORD

anya@bullocklegalgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90234.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 12/03/2025                                           Carasusana Bibiana Wall
                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carasusana Bibiana Wall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE